# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DAVID ROBERT BENTZ, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 14-CV-00996-NJR-DGW |
| WESTLEY SPILLER, et al., | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Orders dated May 5, 2017 (Doc. 142), and September 30, 2017 (Doc. 158), judgment is entered in favor of Defendants Kimberly Butler, Aimee Lang, Bill Westfall, James Best, Frank Eovaldi, Michael Samuels, Nicholas Bebout, Clint Mayer, Joshua Berner, Shane Quandt, Donald Lindenberg, Jared Phillips, Jay McMillan, Unknown Party (identified as Major John Does, Sergeant John Doe, John and Jane Doe C/Os), and Westley Spiller; and against Plaintiff David Bentz. Bentz shall recover nothing, and this action is **DISMISSED** in its entirety.

DATED: September 30, 2017

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**United States District Judge**